UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MOHAMAD AHMAD,                                                         :
                                                                       :
                            Plaintiff,                                 :
                                                                       :
        -v-                                                            :
                                                                       :   24 Civ. 6926 (JPC)
RIVER POINT TOWERS COOPERATIVE, INC.,                                  :
MARTIN SANDLER, VANESSA ORTIZ, ILANA                                   :   ORDER
SEROT, ALBERT BURGUNDER, ARI STEINBERG,                                :
and CARL REINLIB (*individually*),                                     :
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On December 21, 2024, Plaintiff served Defendant Martin Sandler with copies of the Summons and Complaint. Dkt. 38. Sandler's deadline to respond to the Complaint was therefore January 2, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Sandler. Accordingly, the Court extends *sua sponte* Sandler's deadline to respond to the Complaint until January 29, 2025. If Sandler once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by February 5, 2025.

SO ORDERED.

Dated: January 22, 2025
       New York, New York

                                                    _____
                                                           JOHN P. CRONAN
                                                        United States District Judge