UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                       :

MOHAMAD AHMAD,                      :

                Plaintiff,     :

            -v-              :        24 Civ. 6926 (JPC)

RIVER POINT TOWERS COOPERATIVE, INC.,  :        ORDER
MARTIN SANDLER, VANESSA ORTIZ, ILANA  :
SEROT, ALBERT BURGUNDER, ARI STEINBERG,  :
and CARL REINLIB,                :

            Defendants.    :

---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Counsel for all parties are ordered to appear before the undersigned for a Webex conference

on May 15, 2026, at 11:30 a.m.  At the scheduled time, counsel for all parties should call (855) 244-

8681, access code 2302 755 2307.

      SO ORDERED.

Dated: April 30, 2026
      New York, New York                                      
                                     JOHN P. CRONAN
                             United States District Judge